## 29626. BRAZIEL v. GREEN.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who dissent.*

DECIDED MARCH 4, 1975.

Samuel Braziel, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29707. SIMMONS v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter, J., who dissents.*

DECIDED MARCH 18, 1975.

Willie E. X. Simmons, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29414. JESTER v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 18, 1975.

Andrew K. Jester, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.